# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
PENNINGTON, ANDRE D § Case No. 11-16671
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Jeffrey P. Allsteadt
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/08/2015 in Courtroom 742,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Jeffrey P. Allsteadt_____
                                       Clerk of The United States Bankruptcy
                                                                   Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
　　　　§
PENNINGTON, ANDRE D  §   Case No. 11-16671
　　　　§
　　Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

|  |  |  |
|---|---|---|
| The Final Report shows receipts of | $ | 6,570.53 |
| and approved disbursements of | $ | 322.05 |
| leaving a balance on hand of[1] | $ | 6,248.48 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006B | Skipper Marina | $ 5,570.70 | $ 0.00 | $ 0.00 | $ 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid to secured creditors |  | $ 0.00 |
| Remaining Balance |  | $ 6,248.48 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,407.05 | $ 0.00 | $ 1,407.05 |
| Trustee Expenses: Phillip D. Levey | $ 13.64 | $ 0.00 | $ 13.64 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,440.00 | $ 0.00 | $ 1,440.00 |

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses |  | $ 2,860.69 |
| Remaining Balance |  | $ 3,387.79 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,368.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ 32,554.59 | $ 0.00 | $ 2,543.04 |
| 000002 | Capital One Bank (USA), N.A. | $ 636.85 | $ 0.00 | $ 49.75 |
| 000003 | Corporate America Fcu | $ 7,257.52 | $ 0.00 | $ 566.93 |
| 000005 | American Express Bank, FSB | $ 2,919.57 | $ 0.00 | $ 228.07 |
| 000006A | Skipper Marina | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,387.79 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-16671-CAD
Andre D Pennington                                                  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps              Page 1 of 2              Date Rcvd: Dec 17, 2014
                              Form ID: pdf006          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2014.
```
db            +Andre D Pennington,    19711 Oakwood,    Lynwood, IL 60411-6333
17154894      +Advocate Illinois Masonic,    836 W. Wellington Ave.,    Chicago, IL 60657-5147
17154895       American Express,    PO Box 7863,    Fort Lauderdale, FL 33329
17630519       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17517602     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   FIA CARD SERVICES, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102)
17154896      +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17154899     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:   Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
               Norcross, GA 30091)
20311630       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
17154900      +Chicago Anesthesia,    2334 Momentum Place,    Chicago, IL 60689-5325
17154901      +Chicago Eye Institute,    3982 N Milwaukee,    Chicago, IL 60641-2722
17154902      +City Ntl Bk,    Attn: Bankruptcy,    Po Box 785057,    Orlando, FL 32878-5057
17154905      +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
17154906      +Midwest Diagnostic Pathology SC,    75 Remittance Dr,    Suite 3070,    Chicago, IL 60675-3070
17154907      +Monitronics,   Dept Ch 8628,    Palatine, IL 60055-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17556000      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Dec 18 2014 01:34:34
               Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
17154898      +E-mail/Text: coafinternalbkteam@capitaloneauto.com Dec 18 2014 00:50:39
               Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
17179537      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Dec 18 2014 01:33:08
               Capital One Auto Finance Department,    c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
17537882       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 18 2014 00:53:27
               Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
               Oklahoma City, OK 73124-8839
17154903      +E-mail/Text: collections@cafcu.org Dec 18 2014 00:50:05      Corporate America Fcu,
               2075 Big Timber Rd,    Elgin, IL 60123-1140
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17154897     ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
17154904     ##+Frederick J. Hanna & Associates,    1427 Roswell Road,    Marietta, GA 30062-3668
17154908     ##+Skipper Marina,    13421 S. Vernon Ave,    Riverdale, IL 60827-1806
                                                                                   TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2014 at the address(es) listed below:
```
              David Gallagher    on behalf of Debtor Andre D Pennington dgallagher@uprightlaw.com,
               dgallagher@lawsolutionsbk.com,notices@lawsolutionsbk.com
              Joseph S Davidson    on behalf of Debtor Andre D Pennington jdavidson@wirbickilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1          User: wepps              Page 2 of 2            Date Rcvd: Dec 17, 2014
                              Form ID: pdf006          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Phillip D Levey, ESQ    on behalf of Trustee  Phillip D Levey, ESQ levey47@hotmail.com, plevey@ecf.epiqsystems.com
          Phillip D Levey, ESQ    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
          Steven C Lindberg    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@fallaw.com
                                                                                                                        TOTAL: 6