UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| PENNINGTON, ANDRE D | § § | Case No. 11-16671 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/Phillip D. Levey _____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Auto Finance 3901 N Dallas Pkwy Plano, TX 75093 | | | | | |
| | City Ntl Bk Attn: Bankruptcy Po Box 785057 Orlando, FL 32878 | | | | | |
| 000004 | CAPITAL ONE AUTO FINANCE | | | | | |
| 000006B | SKIPPER MARINA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Illinois Masonic 836 W. Wellington Ave. Chicago, IL 60657 | | | | | |
| | American Express PO Box 7863 Fort Lauderdale, FL 33329 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Capital One, N.a. Bankruptcy Dept Po Box 5155 Norcross, GA 30091 | | | | | |
| | Chicago Anesthesia 2334 Momentum Place Chicago, IL 60689 | | | | | |
| | Chicago Eye Institute 3982 N Milwaukee Chicago, IL 60641 | | | | | |
| | Corporate America Fcu 2075 Big Timber Rd Elgin, IL 60123 | | | | | |
| | Frederick J. Hanna & Associates 1427 Roswell Road Marietta, GA 30062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | | | | |
| | Midwest Diagnostic Pathology SC 75 Remittance Dr Suite 3070 Chicago, IL 60675 | | | | | |
| | Monitronics Dept Ch 8628 Palatine, IL 60055 | | | | | |
| | Skipper Marina 13421 S. Vernon Ave Riverdale, IL 60827 | | | | | |
| 000003 | CORPORATE AMERICA FCU | | | | | |
| 000006A | SKIPPER MARINA | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-16671 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|---|
| Case Name: | PENNINGTON, ANDRE D | | | | Date Filed (f) or Converted (c): | 04/19/11 (f) |
| | | | | | 341(a) Meeting Date: | 06/03/11 |
| For Period Ending: | 02/11/15 | | | | Claims Bar Date: | 09/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at: 19711 Oakwood, Chicago Hei | 93,000.00 | 0.00 | | 0.00 | FA |
| 2. Real Estate located at: 2818 W 175th St, Hazel Cre | 75,000.00 | 0.00 | | 0.00 | FA |
| 3. Real Estate located at: 15 E 145th St, Harvey, IL | 90,000.00 | 0.00 | | 0.00 | FA |
| 4. Checking account with Harris Bank | 1,800.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Savings account with BNSF Credit Union | 150.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Savings account with Corporate America Credit Unio | 0.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous used household goods | 1,100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Personal Used Clothing | 750.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. Employer - Term Life Insurance - no cash surrender | 0.00 | 0.00 | | 0.00 | FA |
| 10. 401(k) Plan through employer - 100% exempt | 47,290.31 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. 2010 Anticipated Refund | 7,520.00 | 7,170.00 | | 6,570.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. 2004 BMW 745i | 15,490.00 | 0.00 | | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.53 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $332,100.31 | $7,170.00 | | $6,570.53 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 18.03b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | |
|---|---|
| Case No: 11-16671    CAD    Judge: CAROL A. DOYLE | Trustee Name: Phillip D. Levey |
| Case Name: PENNINGTON, ANDRE D | Date Filed (f) or Converted (c): 04/19/11 (f) |
| | 341(a) Meeting Date: 06/03/11 |
| | Claims Bar Date: 09/28/11 |

Adjudication of Trustee's Motion to Determine Value of Claim Number 6.

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 09/15/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 11-16671 -CAD | Trustee Name: | Phillip D. Levey |
| Case Name: | PENNINGTON, ANDRE D | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2903 Checking |
| Taxpayer ID No: | *******4993 | | |
| For Period Ending: | 02/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 6,491.72 | | 6,491.72 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.00 | 6,487.72 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.13 | 6,483.59 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.00 | 6,479.59 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.13 | 6,475.46 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,465.46 |
| 03/07/13 | 010001 | International Sureties, Ltd. | Trustee's Bond | 2300-000 | | 5.45 | 6,460.01 |
| | | 701 Poydras St. | Blanket Bond Premium for 2/1/13 to 2/1/14. | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,450.01 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,440.01 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,430.01 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,420.01 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,410.01 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,400.01 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,390.01 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,380.01 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,370.01 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,360.01 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,350.01 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,340.01 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,330.01 |
| 04/01/14 | 010002 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 1.53 | 6,328.48 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,318.48 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,308.48 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,298.48 |

Page Subtotals    6,491.72    193.24

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-16671 -CAD | Trustee Name: | Phillip D. Levey |
| Case Name: | PENNINGTON, ANDRE D | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2903  Checking |
| Taxpayer ID No: | *******4993 | | |
| For Period Ending: | 02/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,288.48 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,278.48 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,268.48 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,258.48 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,248.48 |
| 01/11/15 | 010003 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 1,407.05 | 4,841.43 |
| 01/11/15 | 010004 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 13.64 | 4,827.79 |
| 01/11/15 | 010005 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,440.00 | 3,387.79 |
| 01/11/15 | 010006 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000001, Payment 7.81162% | 7100-900 | | 2,543.04 | 844.75 |
| 01/11/15 | 010007 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Claim 000002, Payment 7.81189% | 7100-900 | | 49.75 | 795.00 |
| 01/11/15 | 010008 | Corporate America Fcu<br>2075 Big Timber Rd<br>Elgin, IL 60123 | Claim 000003, Payment 7.81162% | 7100-000 | | 566.93 | 228.07 |
| 01/11/15 | 010009 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 7.81177%<br>(5-1) CREDIT CARD DEBT | 7100-900 | | 228.07 | 0.00 |

Page Subtotals    0.00    6,298.48

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-16671 -CAD | |
| Case Name: | PENNINGTON, ANDRE D | |
| Taxpayer ID No: | *******4993 | |
| For Period Ending: | 02/11/15 | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******2903  Checking | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,491.72 | 6,491.72 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 6,491.72 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,491.72 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 6,491.72 | |

Page Subtotals         0.00         0.00

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-16671 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | PENNINGTON, ANDRE D | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6066  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4993 | | |
| For Period Ending: | 02/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/11 | 11 | Andre D. Pennington | Turnover of Income Tax Refund | 1124-000 | 6,570.00 | | 6,570.00 |
| 11/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 6,570.04 |
| 12/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,570.09 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.10 | 6,561.99 |
| 01/31/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,562.05 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.61 | 6,553.44 |
| 02/29/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,553.49 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.79 | 6,545.70 |
| 03/30/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,545.75 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.05 | 6,537.70 |
| 04/05/12 | 000101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 5.68 | 6,532.02 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/30/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,532.08 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.30 | 6,523.78 |
| 05/31/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,523.84 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.29 | 6,515.55 |
| 06/29/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,515.60 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.74 | 6,507.86 |
| 07/31/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,507.92 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.53 | 6,499.39 |
| 08/30/12 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,499.44 |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 7.72 | 6,491.72 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,491.72 | 0.00 |

Page Subtotals     6,570.53     6,570.53

Ver: 18.03b

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-16671 -CAD |
| Case Name: | PENNINGTON, ANDRE D |
| Taxpayer ID No: | *******4993 |
| For Period Ending: | 02/11/15 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6066 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,570.53 | 6,570.53 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,491.72 | |
| Subtotal | 6,570.53 | 78.81 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,570.53 | 78.81 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2903 | 0.00 | 6,491.72 | 0.00 |
| Money Market Account (Interest Earn - ********6066 | 6,570.53 | 78.81 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 6,570.53 | 6,570.53 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*